USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**EDWARD MANUEL BELLIARD SANTOS,**

**Plaintiff,**

**-against-**

**DENNISE MORALES, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-07391 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This matter is currently on my docket for general pretrial management and to issue a report and recommendation on any dispositive motion. ECF No. 5. Plaintiff moved for partial summary judgment against Dennise Morales on October 26, 2026. ECF No. 14. On November 20, 2026, the parties requested a briefing schedule for Plaintiff's motion. ECF No. 22.

The Court has briefly reviewed Plaintiff's motion for summary judgment. While the Court does not pre-judge the motion, it may be that there are disputed facts, at this stage, that preclude judgment. Because the Court will not stay discovery while this motion is pending, and because the Court does not wish to multiply proceedings by adjudicating a second motion for summary judgment after discovery has been completed, the parties shall meet and confer to discuss whether this motion should be withdrawn without prejudice to the Plaintiff, and shall provide the Court with an update by Tuesday, December 1, 2026.

If Plaintiff proceeds with the motion, the following briefing schedule is adopted: Defendant's opposition to Plaintiff's motion will be due Tuesday, December 8, 2026. Plaintiff's

reply, if any, shall be submitted by Friday, December 18, 2026. The parties, however, must engage in discovery while the motion is pending.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 25, 2026
New York, New York